# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

INNA T. PEREVOZSKAYA )
122 Jackson Street, Apt 4B )
Hoboken, NJ 07030 )
    Plaintiff, )
)
    v. )
)
EVELYN UPCHURCH, )
Director, Texas Service Center )
U.S. Department of Homeland Security )
U.S. Citizenship and Immigration )
Services, in her official capacity, )
as well as her successors and assigns, )
4141 St. Augustine Rd. )
Dallas, TX 75227 )
    and )
PAUL NOVAK, Director )
Vermont Service Center )
U.S. Department of Homeland Security, )
U.S. Citizenship and Immigration )
Services, in his official capacity, )
as well as his successors and assigns, )
75 Lower Welden Street )
St. Albans, VT 05479-0001 )
    and )
EMILIO GONZÁLEZ, )
Director of U.S. Citizenship & )
Immigration Services, in his )
official capacity, as well as his )
successors and assigns )
20 Massachusetts Avenue, N.W )
Washington, DC 20529 )
    and )
ROBERT S. MUELLER, III, Director, )
Federal Bureau of Investigation, )
in his official capacity, )
as well as his successors and assigns )
J. Edgar Hoover Building )
935 Pennsylvania Avenue, N.W. )
Washington, DC 20535-0001 )
    Defendants. )

**COMPLAINT**
**UNDER 28 U.S.C. §1361**

Case: 1:07-cv-01043
Assigned To : Leon, Richard J.
Assign. Date : 6/12/2007
Description: Admn. Agency Review

## I.  INTRODUCTION

1.      This is a civil action brought to compel Defendants and those acting under them to adjudicate Plaintiff's Application to Register Permanent Residence or Adjust Status (Form I-485) and to complete the long pending security checks associated with this adjudication. Plaintiff's application for permanent residence was filed on May 6, 2004 and has remained pending since that date. As Defendants have failed to undertake their mandatory duty to complete the security checks and render a decision on her application for adjustment of status to permanent residence after an extreme delay, Plaintiff seeks a writ of mandamus from this Honorable Court compelling Defendants to complete these security checks and to adjudicate Plaintiff's application for permanent residence. 28 U.S.C. §1361. Further, Plaintiff seeks to compel Defendants to complete the security checks and adjudicate Plaintiff's application for permanent residence pursuant to the Administrative Procedures Act (APA) because Defendants have "unlawfully withheld or unreasonably delayed" completing the security clearances and the adjudication of the adjustment application. 5 U.S.C. §706(1).

## II.  JURISDICTION AND VENUE

2.      The jurisdiction of this Court is invoked pursuant to 28 U.S.C. §1361 and §1331. This action is filed in response to unreasonable agency delay and failure to act on Plaintiff's application for adjustment of status and to complete the associated security clearances in violation of the APA, 5 U.S.C.A. §702 & §706(1), as well as the failure to perform the mandatory duty to complete the security clearances and adjudicate the application, 28 U.S.C. §1361. Venue is properly with this Court because Defendants Emilio Gonzalez and Robert Mueller reside, in their official capacity, in Washington,

D.C. Further, a substantial part of the events or omissions giving rise to the claim occurred within this judicial district. Therefore, venue is proper under 28 U.S.C. §1391(e)(1).

3.      The Plaintiff is an adult native and citizen of Russia who resides lawfully in the United States at 122 Jackson Street, Apt 4B, Hoboken, NJ 07030.

4.      Evelyn Upchurch is the Center Director of the Texas Service Center of the United States Citizenship and Immigration Services (USCIS) and she is sued only in her official capacity, as well as her successors and assigns. The Texas Service Center is located at 4141 St. Augustine Rd.; Dallas, TX 75227. According to a Transfer Notice that Plaintiff received, dated March 3, 2007, her application has been transferred to the Texas Service Center, which is now responsible for the adjudication of Plaintiff's application for permanent residence.

5.      Paul Novak is the Center Director of the Vermont Service Center of the USCIS who is sued only in his official capacity, as well as his successors and assigns. The Vermont Service Center is located at 75 Lower Welden St.; Saint Albans, Vermont 05479. Plaintiff filed her application for adjustment of status with that office and it remained pending with that entity until USCIS transferred Plaintiff's case to the Texas Service Center.

6.      The USCIS, through the Vermont Service Center, has a mandatory duty to act on applications for adjustment of status within a reasonable period of time.

7.      Emilio Gonzalez is the Director of the USCIS who is also sued only in his official capacity, as well as his successors and assigns.  The USCIS is headquartered at 20 Massachusetts Avenue, N.W., Washington, D.C.  20529.  The USCIS is required to adjudicate immigrant visa petitions as well as applications for permanent residence status under §245 of the Immigration and Nationality Act (INA), 8 U.S.C. §1255.

8.      Robert S. Mueller, III. is the Director of the Federal Bureau of Investigation, who is also sued only in his official capacity along with his successors and assigns, whose duties include ensuring timely completion of all requests made by the USCIS for security clearances. The FBI is headquartered at the J. Edgar Hoover Building, 935 Pennsylvania Avenue, NW, Washington, D.C. 20535-0001.

### III.  BACKGROUND

9.      On May 6, 2004, Plaintiff filed an application for adjustment of status (Form I-485) under INA §245(a), 8 U.S.C. §1255(a), concurrently with an immigrant petition for alien worker (Form I-140) filed on Plaintiff's behalf by Merck & Co., Inc. Merck & Co., Inc.'s I-140 immigrant worker petition sought to classify Plaintiff under the employment based first category for permanent residence as an outstanding researcher. The I-140 petition was approved on January 10, 2005.

10.      At the time Plaintiff's application for permanent residence was filed, she was in lawful nonimmigrant status. Plaintiff was, and remains, fully eligible for adjustment of status to permanent residence.

11.      Plaintiff is eligible to adjust status to permanent residence under INA §245(a), 8 U.S.C. §1255. Plaintiff is the beneficiary of an approved immigrant petition for alien worker as the highest priority worker, with a priority date of May 6, 2004. Plaintiff's approved I-140 petition is based on her classification as an outstanding researcher or professor. 8 U.S.C. § 1153(b)(1)(B). According to the Visa Bulletin for June 2007, Number 106, Volume VIII, immigrant visa numbers under the employment based first category are currently available for Plaintiff as a member of the worldwide quota.

Therefore, visa numbers are available to Plaintiff and Plaintiff is fully eligible to adjust status to permanent residence.

12.     Plaintiff has made numerous inquiries with Defendants in order to ascertain the status of her long pending application for permanent residence and to determine if there is anything that can be done to assist Defendants in completing processing on this application. In Defendants' responses to Plaintiff's inquires, Defendants admit that their adjudication of this matter has been untimely, that Defendants have delayed adjudicating Plaintiff's application, and that the delay is open-ended because of pending "security checks."

13.     On July 12, 2006, the Vermont Service Center headed by Defendant Paul Novak responded to one of Plaintiff's numerous requests with a letter that acknowledges that the adjudication of this case is "Outside of Processing Time" and that "the processing of your petition/application has been delayed. All petitions/applications by the Service are required to have *routine* **security checks that are resulting in delays of the adjudication of petitions/applications. We can give no definite indication when they will be completed**. We apologize for the delay." See Exhibit 1 (Results of Status Inquiries for Plaintiff) (emphasis mine).

14.     Defendant's most recent response to one of Plaintiff's status inquiries is dated January 30, 2007. See Exhibit 1. Therein, Defendants again admit that Plaintiff's case remains pending due to long pending security checks. Id.

15.     Therefore, Plaintiff is unable to resolve this matter through administrative channels and mandamus and APA relief are the only viable means of obtaining the

completion of the security checks and the adjudication of Plaintiff's application for adjustment of status.

16.    Defendant's delay in completing the security checks and adjudicating the application for more than three years is unreasonable in relation to their stated processing times for like applications.

17.    According to USCIS' standard processing times of May 18, 2007, the Vermont Service Center is now routinely adjudicating employment based Applications to Register Permanent Residence or Adjust Status (Form I-485) that were filed on June 26, 2006. See Exhibit 2 (Processing Times posted on USCIS Website).

18.    According to USCIS' standard processing times of May 18, 2007, the Texas Service Center is now routinely adjudicating employment based Applications to Register Permanent Residence or Adjust Status (Form I-485) that were filed on September 15, 2006. See Exhibit 2 (Processing Times posted on USCIS Website).

19.    Therefore, Plaintiff's I-485 application has been pending for more than two years longer than Defendants' standard processing times.

20.    Defendants' failure to complete the security clearances and to adjudicate Plaintiff's application for permanent residence as the highest priority worker is contrary to congressional intent which is to secure the rare talents of aliens who have earned classification as outstanding researchers or professors. Congress created this classification specifically for the purpose of expediting the grant of permanent residence applications for these individuals.

21.    Plaintiff was classified as an outstanding researcher for leading pharmaceutical researcher Merck & Co., Inc. based on the demonstration that Plaintiff: (1) is recognized

internationally as outstanding in a her academic field, biometrics; (2) that she possessed at least 3 years of experience in teaching or research in Biometrics; and (3) she sought employment with Merck & Co, Inc. to conduct research with a department or division of that pharmaceutical development leader which has at least three full-time researchers that are engaged full-time in pharmaceutical research that has achieved documented accomplishments in an academic field. INA § 203(b)(1)(B), 8 U.S.C. § 1153(b)(1)(B).

22.    After demonstrating these elements, U.S. Congress mandated that Defendants waive the standard requirement of an Alien Labor Certification and that they classify Plaintiff in the employment based first category in order to ensure that the U.S. would continue to benefit from Plaintiff's outstanding, internationally recognized, skill-set. INA § 203(b)(1)(B), 8 U.S.C. § 1153(b)(1)(B). The employment based first category for permanent residence is reserved for the highest priority workers and therefore in accordance with the Visa Bulletin there is to be no delay in according these individuals permanent residence.

23.    Plaintiff possesses a Ph.D. in Statistics from the University of Maryland and a M.S. in Mathematics from Moscow State Lomonosov University. She serves as a Senior Biometrician for Merck Research Laboratories, a division of Merck & Co., Inc., where she designs clinical trials to assure that the groundbreaking medications the company produces are safe and effective. Plaintiff's principal duty is to serve as a research consultant to therapeutic area statisticians on implementing novel statistical methodologies, in particular, dose-adaptive designs for Phase I oncology trials. Plaintiff's novel statistical research has lead to a better understanding of the optimal number of patients needed in clinical trials to test the efficacy of experimental anti-cancer

pharmaceuticals. Her work is crucial in that it maximizes the insights to be gained from clinical trials and minimizes the deleterious effects of these trials to patients due to the high toxicity of most experimental cancer fighting medicines.

24.     Over the past few years, Plaintiff has become actively involved in the Pharmaceutical Research and Manufacturers of America (PhRMA) initiative whose mission is to expand research endeavors into adaptive designs and to facilitate their implementation industry-wide. Adaptive design is a revolutionary approach to clinical trials which aims to optimize the drug development process and accelerate delivery of experimental medicines of the utmost import to patients while assuring patient safety.

25.     Merck & Co, Inc. is one of the leading pharmaceutical companies in the world. It is principally engaged in the research and development of pharmaceuticals which address a plethora of the most devastating medical conditions, improving life for millions of patients world-wide. Merck boasts annual revenues of several billion dollars a year and has approximately 50,000 employees.

26.     For these reasons, Defendants' failings are contrary to the national interest and congressional intent. As delineated above, Plaintiff earned classification as an outstanding researcher due to her groundbreaking cancer research with industry leader Merck & Co, Inc. Plaintiff was therefore categorized as the highest priority for permanent residence to expedite the grant of permanent residence in order to facilitate her extremely important work and secure her internationally recognized talents in the United States, for the nation's benefit. Therefore, by delaying or ignoring Plaintiff's application for permanent residence, Defendants' omissions are contrary to legislative intent and the interests of the United States.

## IV.  STATUTORY AND REGULATORY FRAMEWORK

27.    The APA provides a remedy to "compel agency action unlawfully withheld or unreasonably delayed." 5 U.S.C. §706(1).

28.    Mandamus is a remedy available for extreme agency delay where the agency has not performed a mandatory action.  28 U.S.C. §1361.

## V.  CLAIM FOR RELIEF

29.    Defendants have unreasonably delayed and failed to perform a mandatory action in completing security clearances and adjudicating Plaintiff's application for adjustment of status filed more than three years ago, thereby depriving Plaintiff of the benefits of U.S. permanent residence.

30.    Defendants' are duty bound to complete the security checks and adjudicate Plaintiff's application for adjustment of status to permanent residence and have unreasonably failed to perform these duties.

31.    Plaintiff has exhausted any administrative remedies that may exist.  No other remedy exists for Plaintiff to resolve Defendants' delay.

WHEREFORE, Plaintiff prays that the Court:

(1)    Compel Defendants and those acting under them to perform their duties to complete the security clearances and adjudicate Plaintiff's application for adjustment of status to permanent residence;

(2)    Grant such other and further relief as this Court deems proper under the circumstances; and

(3)    Grant attorney's fees and costs of court.

Respectfully submitted,

THOMAS A. ELLIOT
DC Bar #259713
Elliot & Mayock, LLP
1629 K Street, N.W.
Suite 1250
Washington, DC 20006-1641
(202) 429-1725


DANIEL M. RUDNICK
Attorney I.D. No. 201481
Steel, Rudnick and Ruben
1608 Walnut Street, Suite 1500
Philadelphia, PA 19103
Phone: (215) 546-4333
Fax:    (215) 546-4222
drudnick@srrlaw.us


Date:   June 8, 2007            Attorneys for Plaintiff



U.S. Department of Homeland Security
75 Lower Welden Street
St. Albans, VT 05479

**U.S. Citizenship
and Immigration
Services**

January 30, 2007

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

INNA T PEREVOZSKAYA
LIN WALKER
STEEL RUDNICK + RUBEN
1608 WALNUT STREET SUITE 1500
PHILADELPHIA PA   19103

A Number                    A98365918
File Receipt Number         EAC0417053743
Beneficiary:
Applicant/Petitioner Name   PEREVOZSKAYA, INNA T

Dear Sir/Madam:

The processing of your case has been delayed. A check of our records establishes that your case is not yet ready for decision, as the required security checks remain pending.

Until the security checks have been completed, we cannot move forward on your case. These security checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the security checks are complete. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number provided below.

1-800- 375- 5283

If you would like more information about Immigration Security Checks, please visit our website at **www.uscis.gov/pressroom** for the April 2006 fact sheet.

FINAL NOTE: Title 8, Code of Federal Regulations, Section 265.1 states in pertinent part, "Except for those exempted by section 263(b) of the Act, all aliens in the United States required to register under section 262 of the Act shall report each change of address and new address within 10 days on Form AR-11."

Sincerely,

*Sandra T. Bushey*

Sandra T. Bushey
Acting Center Director

CC: INNA T PEREVOZSKAYA

**U.S. Department of Homeland Security**
Vermont Service Center
75 Lower Welden Street
St. Albans, VT
05479-0001



**U.S. Citizenship
and Immigration
Services**

Monday, December 18, 2006

RICHARD D STEEL ESQ
STEEL RUDNICK AND RUBEN ESQ
1608 WALNUT ST STE 1500
PHILADELPHIA PA 19103

**ATTORNEY/PARALEGAL COPY**

INNA T PEREVOZSKAYA
122 JACKSON ST APT 4B
HOBOKEN NJ 07030

Dear INNA T PEREVOZSKAYA:

On 10/16/2006 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Person who contacted us:** | PRINCIPE, ANGELINA |
| **Caller indicated they are:** | A Paralegal or Other Employee of the Attorney of Record |
| **Attorney Name:** | RICHARD D STEEL ESQ |
| **Case type:** | I485 |
| **Filing date:** | 05/06/2004 |
| **Receipt #:** | EAC-04-170-53743 |
| **Beneficiary (if you filed for someone else):** | PEREVOZSKAYA, INNA, T |
| **Your USCIS Account Number (A-number):** | A98365918 |
| **Type of service requested:** | Non-delivery |

The status of this service request is:

The processing of your case has been delayed. A check of our records establishes that your case is not yet ready for decision, as the required investigation into your background remains open.

Until the background investigation is completed, we cannot move forward on your case. These background checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the background checks are complete. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.



**U.S. Department of Homeland Security**
Vermont Service Center
75 Lower Welden Street
St. Albans, VT
05479-0001

# U.S. Citizenship and Immigration Services

Wednesday, July 12, 2006

RICHARD D STEEL ESQ
STEEL RUDNICK AND RUBEN ESQ
1608 WALNUT ST STE 1500
PHILADELPHIA PA 19103

**ATTORNEY/PARALEGAL COPY**

INNA T PEREVOZSKAYA
122 JACKSON ST APT 4B
HOBOKEN NJ 07030

Dear INNA T PEREVOZSKAYA:

On 06/26/2006 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Person who contacted us:** | PRINCIPE, ANGELINA |
| **Caller indicated they are:** | A Paralegal or Other Employee of the Attorney of Record |
| **Attorney Name:** | RICHARD D STEEL ESQ |
| **Case type:** | I485 |
| **Filing date:** | 05/06/2004 |
| **Receipt #:** | EAC-04-170-53743 |
| **Beneficiary (if you filed for someone else):** | PEREVOZSKAYA, INNA, T |
| **Your USCIS Account Number (A-number):** | A98365918 |
| **Type of service requested:** | Case Status - Outside Processing Time |

The status of this service request is:

The processing of your petition/application has been delayed. All petitions/applications received by this Service are required to have routine security checks that are resulting in delays of the adjudication of petitions/applications. We can give no definite indication of when they will be completed. We apologize for the delay.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services



**U.S. Department of Homeland Security**
Vermont Service Center
75 Lower Welden Street
St. Albans, VT
05479-0001

**U.S. Citizenship
and Immigration
Services**

Monday, April 24, 2006

ANGELINA PRINCIPE
STEEL RUDNICK AND RUBEN
1608 WALNUT ST STE 1500
PHILADELPHIA PA 19103

**ATTORNEY/PARALEGAL COPY**

INNA T PEREVOZSKAYA
122 JACKSON ST APT 4B
HOBOKEN NJ 07030

Dear INNA T PEREVOZSKAYA:

On 03/16/2006 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | A Paralegal or Other Employee of the Attorney of Record |
| **Attorney Name:** | ANGELINA PRINCIPE |
| **Case type:** | I485 |
| **Filing date:** | 05/06/2004 |
| **Receipt #:** | EAC-04-170-53743 |
| **Beneficiary (if you filed for someone else):** | PEREVOZSKAYA, INNA, T |
| **Your USCIS Account Number (A-number):** | A0983659189 |
| **Type of service requested:** | Non-delivery |

The status of this service request is:

Your case is currently under review. You should receive a decision or notice of other action within 60 days of the date of this letter.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

**U.S. Department of Homeland Security**
Vermont Service Center
75 Lower Welden Street
St. Albans, VT
05479-0001



**U.S. Citizenship
and Immigration
Services**

Thursday, December 1, 2005

ANGELINA PRINCIPE
STEEL RUDNICK AND RUBEN
1608 WALNUT ST STE 1500
PHILADELPHIA PA 19103

**ATTORNEY/PARALEGAL COPY**

INNA T PEREVOZSKAYA
122 JACKSON ST APT 4B
HOBOKEN NJ 07030

Dear INNA T PEREVOZSKAYA:

On 10/19/2005 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | A Paralegal or Other Employee of the Attorney of Record |
| **Attorney Name:** | ANGELINA PRINCIPE |
| **Case type:** | I485 |
| **Filing date:** | 05/06/2004 |
| **Receipt #:** | EAC-04-170-53743 |
| **Beneficiary (if you filed for someone else):** | PEREVOZSKAYA, INNA, T |
| **Your USCIS Account Number (A-number):** | A0983659189 |
| **Type of service requested:** | Case Status - Outside Processing Time |

The status of this service request is:

The processing of your case has been delayed. We are currently awaiting the results of required security checks on this case. These background checks are required of all who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the security checks are complete. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

**U.S. Department of Homeland Security**
Vermont Service Center
75 Lower Welden Street
St. Albans, VT 05479-0001



**U.S. Citizenship
and Immigration
Services**

June 21, 2005

RICHARD D STEEL
STEEL RUDNICK & RUBEN
1608 WALNUT STREET SUITE 1500
PHILADELPHIA PA 19103

Dear Richard D Steel:

On 06/01/2005 you, or the designated representative shown below, contacted USCIS about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Person who contacted us:** | RICHARD D STEEL |
| **Case type:** | I-485 EMPLOYMENT BASED |
| **Filing date:** | 05/06/2004 |
| **Type of Service Requested:** | CASE STATUS |
| **Receipt number:** | EAC0417053743 |
| **Beneficiary:** | |

The status of this service request is:

The processing of your petition/application has been delayed. All petitions/applications received by this Service are required to have routine security checks that are resulting in delays of the adjudication of petitions/applications. We can give no definite indication of when they will be completed. We apologize for the delay.

For future status inquiries of a petition or application filed at this Center you may want to utilize our National Customer Service Center by calling (800) 375-5283. If you would like to obtain forms, filing instructions, case status or schedule an appointment with your local office, please visit our web site at www.uscis.gov (forms and appointments can be obtained from this site). You must use the InfoPass Appointment Scheduler prior to visiting your local office.

FINAL NOTE: Please remember that every person over the age of 14, who is not a U.S. citizen or in 'A' or 'G' nonimmigrant status, must also notify the Department of Homeland Security within 10 days from when they move. To do this, please complete and mail in Form AR-11.

Please remember that every person over the age of 14 who is not a U.S. citizen or in "A" or "G" nonimmigrant status must also notify the Department of Homeland Security within 10 days from when they move. To do this, please complete and mail in form AR-11. Where possible, please provide an A-number or other identifying numbers. You must complete the Form AR-11 and mail to the London, KY address. Failure to complete all applicable sections may delay processing of the form. Please disregard this notice if you have submitted an AR-11 form to DHS/USCIS within the last two weeks to the London, KY address.

Sincerely,

*Paul E. Novak Jr.*

Paul E. Novak, Jr.
Center Director

www.uscis.gov



Home   Contact Us   Site Map   FAQ

Search

Advanced Search



Services & Benefits      Immigration Forms      Laws & Regulations      About USCIS      Education & Resources      Press Room

[ Print This Page ]   [ Back ]

# U.S. Citizenship and Immigration Services
## Vermont Service Center Service Center Processing Dates
## Posted May 18, 2007

**Notice**: U.S. Citizenship and Immigration Services (USCIS) has improved the reporting procedure for processing times of immigration benefit applications. In the past, USCIS benefit processing reports indicated the specific type of applications or petitions that were being processed and the date the cases were received. However, the date the case was received did not provide a clear indication of when USCIS expected to complete the case, nor did it provide a clear indication of USCIS' commitment to process cases within a certain cycle time. It also did not align with the processing times and cycle times the agency reports in other contexts.

This improved reporting procedure is an effort to give our customers more accurate information that better reflects current processing time and USCIS service level commitments. Effective immediately, when we are completing applications and petitions within our service level goals we will report that as the processing time. For example, when our service level goal is to process a particular kind of case within six months, and if our processing time is six months or less, we will show a date consistent with our service level goal because that reflects our commitment.

When we are not meeting our service level goal, the date posted will reflect the filing date of cases that are being completed. It should be noted that while in some instances reported processing dates may appear to have regressed due to this change, they do not reflect a lengthening of USCIS processing times, but simply the change in reporting. Our goal is to provide accurate projections and thus give customers clear expectations as to what they can expect as a processing time.

**There are several important exceptions to the processing times shown below:**

- Case processing will be delayed if we must ask you for more evidence or information.
  If we ask for missing required initial evidence, count the processing time from when we receive that missing evidence.
- The case processing timeframe will start over if a customer doesn't appear for an interview or asks that it be rescheduled

**What if I have a problem or have questions about a case?**

We offer a variety of services after you file. For example, for most kinds of cases you can check the status of your case online.

For more information about when and how to contact us, whether your case is outside our processing time or if there are other issues, please see our fact sheet –

Case Services - How do I.. know what kind of services are available to me after I file my application or petition?

One additional point about these projections.  They are the time to complete processing and mail the actual notice and/or document.  If you check case status online and see that your case has been approved, and you haven't yet received your approval notice or document in the mail, we ask that you wait thirty days from the approval date before contacting us. That is because it may take that long before it is returned to us as undeliverable.  You can also print the case status online answer for your records.

Service Center Processing Dates for **Vermont Service Center** Posted May 18, 2007

| Form | Title | Classification or Basis for Filing | Now Processing Cases with Receipt Notice Date of |
|---|---|---|---|
| I-90 | Application to Replace Permanent Resident Card | Initial issuance or replacement | July 14, 2006 |
| I-90A | Application to Replace Permanent Resident Card | Initial issuance or replacement for Special Agricultral Workers (SAW) | August 04, 2005 |
| I-102 | Application for Replacement/Initial Nonimmigrant Arrival/Departure Record | Initial issuance or replacement of a Form I-94 | February 12, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Visa to be issued abroad | March 15, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Change of status in the U.S. | March 15, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Extension of stay in the U.S. | March 15, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | H-2A - Temporary workers | April 30, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | H-2B - Other temporary workers | April 15, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | H-3 - Temporary trainees | March 15, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | L - Intracompany transfers | April 15, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | Blanket L | March 15, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | O - Extraordinary ability | March 15, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | P - Athletes, artists, and entertainers | March 15, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | Q - Cultural exchange visitors and exchange visitors participating in the Irish Peace process | March 15, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | R - Religious occupation | March 15, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | TN - North American Free Trade Agreement (NAFTA) professional | March 15, 2007 |
| I-129F | Petition for Alien Fiance(e) | K-1/K-2 - Not yet married - fiance and/or dependent child | November 13, 2006 |
| I-130 | Petition for Alien Relative | U.S. citizen filing for a spouse, parent, or child under 21 | March 12, 2006 |
| I-130 | Petition for Alien Relative | U.S. citizen filing for an unmarried son or daughter over 21 | February 26, 2006 |
| I-130 | Petition for Alien Relative | U.S. citizen filing for a married son or daughter over 21 | March 12, 2006 |
| I-130 | Petition for Alien Relative | U.S. citizen filing for a brother or sister | October 07, 2000 |

| I-130 | Petition for Alien Relative | Permanent resident filling for a spouse or child under 21 | October 22, 2005 |
|---|---|---|---|
| I-130 | Petition for Alien Relative | Permanent resident filling for an unmarried son or daughter over 21 | March 12, 2006 |
| I-131 | Application for Travel Document | All other applicants for advance parole | February 12, 2007 |
| I-140 | Immigrant Petition for Alien Worker | Extraordinary ability | April 01, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Outstanding professor or researcher | April 01, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Multinational executive or manager | April 01, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Schedule A Nurses | April 01, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Advanced degree or exceptional ability | April 01, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Advanced degree or exceptional ability requesting a National Interest Waiver | April 01, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Skilled worker or professional | April 01, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Unskilled worker | April 01, 2006 |
| I-212 | Application for Permission to Reapply for Admission into the U.S. After Deportation or Removal | Readmission after deportation or removal | March 16, 2006 |
| I-360 | Petition for Amerasian, Widow(er), or Special Immigrant | Violence Against Women Act (VAWA) | July 27, 2006 |
| I-360 | Petition for Amerasian, Widow(er), or Special Immigrant | All other special immigrants | May 14, 2006 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Employment-based adjustment applications | June 26, 2006 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change of status to H or L dependents | February 12, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change status to the F or M academic or vocational student categories | February 12, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change Status to the J exchange visitor category | February 12, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | All other change of status applications | February 12, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of stay for H and L dependents | February 12, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of Stay for F or M academic or vocational students | February 12, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of Stay for J exchange visitors | February 12, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | All other extension applications | February 12, 2007 |
| I-612 | Application for Waiver of the Foreign Residence Requirement | Application for a waiver of the 2-year foreign residence requirement based on exceptional hardship or persecution | September 20, 2006 |
| I-751 | Petition to Remove the Conditions on | Removal of lawful permanent resident conditions (spouses of U.S. citizens and lawful | November 01, 2006 |



U.S. Citizenship
and Immigration
Services

Home   Contact Us   Site Map   FAQ

Search   
Advanced Search

Services & Benefits     Immigration Forms     Laws & Regulations     About USCIS     Education & Resources     Press Room

[ Print This Page ]   [ Back ]

## U.S. Citizenship and Immigration Services
## Texas Service Center Service Center Processing Dates
## Posted May 18, 2007

**Notice**: U.S. Citizenship and Immigration Services (USCIS) has improved the reporting procedure for processing times of immigration benefit applications. In the past, USCIS benefit processing reports indicated the specific type of applications or petitions that were being processed and the date the cases were received. However, the date the case was received did not provide a clear indication of when USCIS expected to complete the case, nor did it provide a clear indication of USCIS' commitment to process cases within a certain cycle time. It also did not align with the processing times and cycle times the agency reports in other contexts.

This improved reporting procedure is an effort to give our customers more accurate information that better reflects current processing time and USCIS service level commitments. Effective immediately, when we are completing applications and petitions within our service level goals we will report that as the processing time. For example, when our service level goal is to process a particular kind of case within six months, and if our processing time is six months or less, we will show a date consistent with our service level goal because that reflects our commitment.

When we are not meeting our service level goal, the date posted will reflect the filing date of cases that are being completed. It should be noted that while in some instances reported processing dates may appear to have regressed due to this change, they do not reflect a lengthening of USCIS processing times, but simply the change in reporting. Our goal is to provide accurate projections and thus give customers clear expectations as to what they can expect as a processing time.

**There are several important exceptions to the processing times shown below:**

- Case processing will be delayed if we must ask you for more evidence or information.
  If we ask for missing required initial evidence, count the processing time from when we receive that missing evidence.
- The case processing timeframe will start over if a customer doesn't appear for an interview or asks that it be rescheduled.

**What if I have a problem or have questions about a case?**

We offer a variety of services after you file. For example, for most kinds of cases you can check the status of your case online.

For more information about when and how to contact us, whether your case is outside our processing time or if there are other issues, please see our fact sheet –

Case Services - How do I... know what kind of services are available to me after I file my application or petition?

One additional point about these projections. They are the time to complete processing and mail the actual notice and/or document. If you check case status online and see that your case has been approved, and you haven't yet received your approval notice or document in the mail, we ask that you wait thirty days from the approval date before contacting us. That is because it may take that long before it is returned to us as undeliverable. You can also print the case status online answer for your records.

Service Center Processing Dates for **Texas Service Center** Posted May 18, 2007

| Form | Title | Classification or Basis for Filing | Now Processing Cases with Receipt Notice Date of |
|------|-------|------------------------------------|--------------------------------------------------|
| I-90 | Application to Replace Permanent Resident Card | Initial issuance or replacement | November 13, 2006 |
| I-102 | Application for Replacement/Initial Nonimmigrant Arrival/Departure Record | Initial issuance or replacement of a Form I-94 | February 12, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Visa to be issued abroad | March 15, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Change of status in the U.S. | March 15, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Extension of stay in the U.S. | March 15, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | H-2A - Temporary workers | April 30, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | H-2B - Other temporary workers | April 15, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | H-3 - Temporary trainees | March 15, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | E - Treaty traders and investors | March 15, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | L - Intracompany transfers | April 15, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | Blanket L | March 15, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | O - Extraordinary ability | March 15, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | P - Athletes, artists, and entertainers | March 15, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | Q - Cultural exchange visitors and exchange visitors participating in the Irish Peace process | March 15, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | R - Religious occupation | March 15, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | TN - North American Free Trade Agreement (NAFTA) professional | March 15, 2007 |
| I-131 | Application for Travel Document | All other applicants for advance parole | February 12, 2007 |
| I-140 | Immigrant Petition for Alien Worker | Extraordinary ability | November 13, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Outstanding professor or researcher | November 13, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Multinational executive or manager | November 13, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Schedule A Nurses | November 13, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Advanced degree or exceptional ability | November 13, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Advanced degree or exceptional ability requesting a National Interest Waiver | November 13, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Skilled worker or professional | November 13, 2006 |

| I-140 | Immigrant Petition for Alien Worker | Unskilled worker | November 13, 2006 |
|---|---|---|---|
| I-360 | Petition for Amerasian, Widow(er), or Special Immigrant | All other special immigrants | September 30, 2006 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Employment-based adjustment applications | September 15, 2006 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Based on grant of asylum more than 1 year ago | August 01, 2003 |
| I-526 | Immigrant Petition By Alien Entrepreneur | For use by an entrepreneur who wishes to immigrate to the United States | November 13, 2006 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change of status to H or L dependents | February 12, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change status to the F or M academic or vocational student categories | February 12, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change Status to the J exchange visitor category | February 12, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | All other change of status applications | February 12, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of stay for H and L dependents | February 12, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of Stay for F or M academic or vocational students | February 12, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of Stay for J exchange visitors | February 12, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | All other extension applications | February 12, 2007 |
| I-612 | Application for Waiver of the Foreign Residence Requirement | Application for a waiver of the 2-year foreign residence requirement based on exceptional hardship or persecution | July 30, 2006 |
| I-751 | Petition to Remove the Conditions on Residence | Removal of lawful permanent resident conditions (spouses of U.S. citizens and lawful permanent residents | November 13, 2006 |
| I-765 | Application for Employment Authorization | Based on a request by a qualified F-1 academic student. [(c)(3)] | February 26, 2007 |
| I-765 | Application for Employment Authorization | Based on a pending asylum application [(c)(8)] | April 16, 2007 |
| I-765 | Application for Employment Authorization | Based on a pending I-485 adjustment application [(c)(9)] | February 26, 2007 |
| I-765 | Application for Employment Authorization | Based on TPS for Honduras/Nicaragua [(c)(19), (a)(12)] | February 26, 2007 |
| I-765 | Application for Employment Authorization | Based on TPS for El Salvador [(c)(19)(a)(12)] | February 26, 2007 |
| I-765 | Application for Employment Authorization | All other applications for employment authorization | February 26, 2007 |
| I-817 | Application for Family Unity Benefits | Voluntary departure under the family unity program | November 13, 2006 |

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| PEREVOZSKAYA, Inna T. | UPCHURCH, Evelyn Director Texas Service Center<br>NOVAK, Paul, Director Vermont Service Center USCIS<br>GONZALEZ, Emilio, Director USCIS<br>MUELLER, Robert S. III  Director Federal Bureau of Investigation |

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF   Hudson
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT   Dallas
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF
LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Thomas A. Elliot, Esquire
Elliot & Mayock, LLP
1629 K Street, N.W.
Suite 1250
Washington, DC 20006-1641
202-429-1725

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION

(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government
Plaintiff

○ 3 Federal Question
(U.S. Government Not a Party)

◉ 2 U.S. Government
Defendant

○ 4 Diversity
(Indicate Citizenship of
Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place<br>of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place<br>of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a<br>Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT

(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

**○ A. Antitrust**

☐ 410 Antitrust

**○ B. Personal Injury/
Malpractice**

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

**◉ C. Administrative Agency
Review**

☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)
Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☒ 890 Other Statutory Actions (If
Administrative Agency is Involved)

**○ D. Temporary Restraining
Order/Preliminary
Injunction**

Any nature of suit from any category may
be selected for this category of case
assignment.

*(If Antitrust, then A governs)*

---

**○ E. General Civil (Other)**   OR   **○ F. Pro Se General Civil**

Real Property
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

Personal Property
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

Bankruptcy
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

Prisoner Petitions
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

Property Rights
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

Federal Tax Suits
☐ 870 Taxes (US plaintiff or
defendant
☐ 871 IRS-Third Party 26
USC 7609

Forfeiture/Penalty
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure
of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational
Safety/Health
☐ 690 Other

Other Statutes
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC
Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced &
Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/
Exchange
☐ 875 Customer Challenge 12 USC
3410
☐ 900 Appeal of fee determination
under equal access to Justice
☐ 950 Constitutionality of State
Statutes
☐ 890 Other Statutory Actions (if
not administrative agency
review or Privacy Act

| ○ **G.** *Habeas Corpus/ 2255* | ○ **H.** *Employment Discrimination* | ○ **I.** *FOIA/PRIVACY ACT* | ○ **J.** *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment<br>(criteria: race, gender/sex,<br>national origin,<br>discrimination, disability<br>age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions<br>(if Privacy Act)<br><br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted<br>Student Loans<br>(excluding veterans) |

| ○ **K.** *Labor/ERISA (non-employment)* | ○ **L.** *Other Civil Rights (non-employment)* | ○ **M.** *Contract* | ○ **N.** *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting &<br>Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights<br>Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-<br>Employment<br>☐ 446 Americans w/Disabilities-<br>Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment &<br>Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of<br>Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting<br>(if Voting Rights Act) |

**V. ORIGIN**

◉ 1 Original
Proceeding  ○ 2 Removed
from State
Court  ○ 3 Remanded from
Appellate Court  ○ 4 Reinstated
or Reopened  ○ 5 Transferred from
another district
(specify)  ○ 6 Multi district
Litigation  ○ 7 Appeal to
District Judge
from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

28 U.S.C. §1361 and 5 U.S.C. §702

| **VII. REQUESTED IN COMPLAINT** | CHECK IF THIS IS A CLASS<br>ACTION UNDER F.R.C.P. 23 ☐ | DEMAND $ |  Check YES only if demanded in complaint |
|---|---|---|---|
| | | **JURY DEMAND:** | YES ☐  NO ☒ |

**VIII. RELATED CASE(S)**
**IF ANY**  (See instruction)  YES ☐  NO ☒  If yes, please complete related case form.

DATE 6/11/07    SIGNATURE OF ATTORNEY OF RECORD _[signature]_

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each new complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed *only* if diversity of citizenship was selected as the Basis of Jurisdiction under Section II

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the *primary* cause of action found in your complaint. You may select only *one* category. You *must* also select *one* corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.  RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.