UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| INNA PEREVOZSKAYA, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:07-CV-01043 (RJL) |
| EVELYN UPCHURCH, Director<br>Texas Service Center,<br>U.S. Department of Homeland Security,<br>U.S. Citizenship and Immigration Services, | ) |
| and | ) |
| PAUL NOVAK, Director,<br>Vermont Service Center,<br>U.S. Department of Homeland Security,<br>U.S. Citizenship and Immigration Services, | ) |
| and | ) |
| EMILIO GONZALEZ, Director,<br>U.S. Citizenship and Immigration Services, | ) |
| and | ) |
| ROBERT S. MUELLER, III, Director,<br>Federal Bureau of Investigation, | ) |
| Defendants. | ) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Sherease Louis, Special Assistant United States Attorney, as counsel of record for the Defendants in the above-captioned case.

Respectfully submitted,

/s Sherease Louis
SHEREASE LOUIS
Special Assistant United States Attorney
555 Fourth St., N.W.,
Washington, D.C.  20530
202-307-0895/ FAX 202-514-8780
sherease.louis@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that service of the foregoing Notice of Appearance was sent by the Court's Electronic Case Filing System, this 17th day of August, 2007 to:

THOMAS A. ELLIOTT, ESQ.
D.C. Bar # 259713
Elliot & Maycock, LLP
1629 K Street, N.W., Suite 1250
Washington, D.C. 20006-1641
tom@elliotlaw.com

                                                     /s Sherease Louis
                                                    SHEREASE LOUIS
                                                    Special Assistant United States Attorney
                                                    United States Attorney's Office
                                                    Civil Division
                                                    555 4th Street, N.W.,
                                                    Washington, D.C. 20530
                                                    (202) 307-0895