UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INNA T. PEREVOZSKAYA | ) | COMPLAINT FOR MANDAMUS |
| | ) | UNDER 28 U.S.C. §1361 |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO: 07-1043 |
| v. | ) | |
| | ) | JUDGE RICHARD J. LEON |
| EVELYN UPCHURCH, et al. | ) | |

## STIPULATION OF DISMISSAL

Pursuant to F.R.C.P. 41(a)(1), Plaintiff, Inna T. Perevozskaya, and Defendants, Evelyn Upchurch, Director, Texas Service Center, U.S. Department of Homeland Security, U.S. Citizenship and Immigration Services, and Paul Novak, Director, Vermont Service Center, U.S. Department of Homeland Security, U.S. Citizenship and Immigration Services, and Emilio Gonzalez, Director, U.S. Citizenship and Immigration Services, and Robert S. Mueller, III, Director, Federal Bureau of Investigation, through their respective counsel, hereby agree that the above-captioned case be voluntarily dismissed without prejudice, each side to bear its own costs and fees.

Respectfully Submitted,                                    Respectfully Submitted,


/s/ by TE_____                                            /s/   Jeffrey A. Taylor_____
THOMAS ELLIOT, ESQ.                                        JEFFREY A. TAYLOR, D.C. BAR #498610
ELLIOT & MAYOCK                                            United States Attorney
D.C. BAR # 434122
1629 K Street, N.W.
Suite 1250                                                  /s/   Rudolph Contreras_____
Washington, DC 20006-1641                                  RUDOLPH CONTRERAS, D.C. BAR #434122
Phone: (202) 429-1725                                      Assistant United States Attorney

| | |
|---|---|
| /s/ by DR | /s/ Sherease Louis |
| DANIEL M. RUDNICK, ESQ. | SHEREASE LOUIS |
| STEEL, RUDNICK & RUBEN | Special Assistant United States Attorney |
| Pennsylvania Bar #18670 | 555 Fourth Street, N.W. |
| 1608 Walnut Street, Suite 1500 | Washington, D.C. 20530 |
| Philadelphia, PA 19103 | Phone: (202) 307-0895; Fax: (202) 514-8780 |
| Phone: (215) 546-4333 | sherease.louis@usdoj.gov |
| *Counsel for Plaintiff* | *Counsel for Defendants* |

Dated: August 23, 2007